# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Torgerson, Alan C. | District Court - New Mexico | 05/17/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-Time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

333 Lomas Blvd., N.W., Suite 670
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate #1, Valencia Co., NM | | None | J | W | | | | | |
| 2. Real Estate #2, Taney Co., MO | | None | J | W | | | | | |
| 3. Savings Account, Bank of America | A | Interest | J | T | | | | | |
| 4. Trust | E | Interest | P2 | T | | | | | |
| 5. -First American Equity Index Fund | | | | | | | | | |
| 6. -First American Equity Income Fund Class A | | | | | | | | | |
| 7. -First American Large Cap Core Fd. Cl A | | | | | | | | | |
| 8. -GMAC Smart Notes | | | | | | | | | |
| 9. -California Cmntys Hsg. 1/9/2006 | | | | | | | | | |
| 10. -Minneapolis Minn Cmnty. Ser 4/30/98 | | | | | Redeemed | 06/01/12 | J | | |
| 11. -Wapello Cnty Iowa Hosp. 1/15/2002 | | | | | Redeemed | 10/01/12 | L | | |
| 12. -Indiana St. Edl Facs Rev. 3/23/2006 | | | | | | | | | |
| 13. -Wisconsin St. Health & Ed. 7/24/2003 | | | | | | | | | |
| 14. -Yuba City Calif. Cmnty. Fa 6/3/2005 | | | | | | | | | |
| 15. -Fosston Minn Gas Util 9/15/1999 | | | | | Redeemed | 12/20/12 | J | A | |
| 16. -Minnesota HFA S/F Mtge 11/4/1999 | | | | | Redeemed | 05/01/12 | K | | |
| 17. -Roseville Calif Spl Tax Rev B/E 8/22/2005 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Minneapolis Minn M/F Ref. Rev. B/E 9/4/1998 | | | | | | | | | |
| 19. -Minneapolis Minn Walker 8/5/1999 | | | | | Redeemed | 09/24/12 | K | A | |
| 20. -Puerto Rico Hsg Fin Auth. 7/7/2004 | | | | | | | | | |
| 21. -Buffalo Minn Gross Rev. 8/15/2001 | | | | | Redeemed | 02/01/12 | K | | |
| 22. -Olivia Minn Economic Dev. 8/29/2002 | | | | | Redeemed | 02/01/12 | J | A | |
| 23. -Ruidoso N Mex Mun Sch 5/17/2006 | | | | | | | | | |
| 24. -Clayton NM Twn Jail Proj. 10/20/2006 | | | | | | | | | |
| 25. -Texas St. Pub Fin Auth Rev. 1/14/2002 | | | | | | | | | |
| 26. -Ruidoso N Mex Mun Sch 6/16/2006 & 7/14/2006 | | | | | | | | | |
| 27. -Buffalo Minn Gross Rev 8/15/2001 | | | | | Redeemed | 02/01/12 | J | | |
| 28. -Duluth Minn Eco Dev. Au HLT 2/1/06 | | | | | | | | | |
| 29. -Murrieta Calif Cmmty Fac Dst 12/30/2004 | | | | | Redeemed | 09/01/12 | K | | |
| 30. -Clearbrook-Gonvick Minn 1/2002 | | | | | Redeemed | 02/01/12 | M | | |
| 31. -Woodbury Minn Cop Rev 2/1/2006 | | | | | | | | | |
| 32. -Brooklyn Center Minn 1/14/2002 | | | | | Redeemed | 02/01/12 | M | | |
| 33. -Palm Springs Calif Cmmty 6/15/2004 | | | | | | | | | |
| 34. -Brooklyn Center Minn 1/14/2002 | | | | | Redeemed | 02/01/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Crookston Minn Nursing & Mfhr 12/11/2002 | | | | | | | | | |
| 36. -Clarissa Minn Sr. Hsg 9/19/2002 | | | | | | | | | |
| 37. -Bernalillo Cnty N Mex UT 11/25/2002 | | | | | | | | | |
| 38. -Brentwood Calif Infrastr 9/21/2005 | | | | | | | | | |
| 39. -San Juan County NM Gross 7/6/2005 | | | | | | | | | |
| 40. -Bernalillo Cnty N Mex UT 11/24/2006 | | | | | | | | | |
| 41. -Buffalo Minn Hsg & Redev 1/4/2006 | | | | | | | | | |
| 42. -San Joaquin CA Hills 8/15/2001 | | | | | | | | | |
| 43. -Duluth Minn Eco Dev. Au Hlt 2004 | | | | | | | | | |
| 44. -St. Paul Minn Hsg. & Red. 3/19/2003 | | | | | | | | | |
| 45. -Minneapolis Minn Ref Walker 11/4/1999 | | | | | Redeemed | 09/24/12 | K | | |
| 46. -Puerto Rico Comwealth HW 8/20/2004 | | | | | | | | | |
| 47. -West Sacramento CA Fin Auth 3/8/2004 | | | | | | | | | |
| 48. -Iowa Fin Auth Health Care 1/17/2002 | | | | | Redeemed | 05/04/12 | L | | |
| 49. -Western Hills Wtr Dist 3/2/2004 | | | | | | | | | |
| 50. -University N Mex Univ 4/16/2004 | | | | | | | | | |
| 51. -Minneapolis MN Hlth Cre 7/29/2004 | | | | | Redeemed | 11/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -California Health Fac Fin 12/30/2004 | | | | | | | | | |
| 53. -Farmington N Mex PCR 7/25-26/2006 | | | | | | | | | |
| 54. -University Med Ctr Corp. 7/22/2004 | | | | | | | | | |
| 55. -NM Fin Auth Rev. 4/17/2007 | | | | | | | | | |
| 56. -NM St. Severance 10/2/2007 | | | | | Redeemed | 07/01/12 | L | | |
| 57. -Rio Rancho, NM Pub. Sch 1/24/2007 | | | | | | | | | |
| 58. -NM Fin Auth. Rev 7/3 & 12/4/2007 | | | | | | | | | |
| 59. -NM Fin Auth. Rev 10/2/2007 | | | | | | | | | |
| 60. -San Miguel Cnty N Mex 3/7/2007 | | | | | | | | | |
| 61. -NM Fin Au Rv Sub Lien 5/2/2008 | | | | | | | | | |
| 62. -District of Columbia Rev 9/18/2007 | | | | | | | | | |
| 63. -Amer Funds Cap World Growth & Income Fund | | | | | | | | | |
| 64. -New Mexico St. Severance 7/2/2008 | | | | | | | | | |
| 65. -Chaska Minn Elec Ser A Rev 7/29/2008 | | | | | | | | | |
| 66. -Santa Fe N Mex Wtr Utl Sys Ser 6/3/2008 | | | | | | | | | |
| 67. -NM Fin Au Rv Sub Lien Pu Rev MBIA 6/3/2009 | | | | | | | | | |
| 68. -Maple Grove Minn Health Rev 1/3/2008 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Waterbury Conn Ambac 10/5/2009 | | | | | | | | | |
| 70. -Albuquerque Bernalillo 7/23/2009 | | | | | | | | | |
| 71. -California St Pub Wks 12/2/2009 | | | | | | | | | |
| 72. -McKinney TX Indpt Sch 9/17/2009 | | | | | | | | | |
| 73. -St. Louis Park MN HCFR RV 1/15/2010 | | | | | | | | | |
| 74. -North Texas Univ. Gen RV 2/4/2010 | | | | | | | | | |
| 75. -California St Genl Oblig 2/4/2010 | | | | | | | | | |
| 76. -St Cloud MN Health Car E 2/4/2010 | | | | | | | | | |
| 77. -NM Fin Au Sub Lien PU NPFG 5/4/2010 | | | | | | | | | |
| 78. -Morgan Stanley Dean 6/8/2010 | | | | | Redeemed | 12/11/12 | J | | |
| 79. -Los Alamos NM Pub School Di 7/16/2010 | | | | | | | | | |
| 80. -NM Fin Au SR Lien Pub PJ 8/4/2010 | | | | | | | | | |
| 81. -First American LRG Cap Core | | | | | | | | | |
| 82. -Las Cruces NM Natio RV 9/2/2010 | | | | | | | | | |
| 83. -Las Cruces NM ST Shar ED RV6/10/2011 | | | | | | | | | |
| 84. -Las Cruces NM JT Util RV BE 11/2/2010 | | | | | | | | | |
| 85. -NM St. Hosp Equip RV 11/26/2010 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -NM St. Hosp Equip RV 12/30/2010 | | | | | | | | | |
| 87. -New Jersey Econ Dev Auth 12/9/2010 | | | | | Redeemed | 06/15/12 | J | | |
| 88. -Las Cruces N Mex Sch Dist No 002 | | | | | | | | | |
| 89. -Central NM Cmnty College | | | | | | | | | |
| 90. -NM Mtg. Fin Auth. Single Family Mtg. | | | | | | | | | |
| 91. -Univeristy N Mex Univ A RV 4/28/2011 | | | | | Redeemed | 06/01/12 | J | | |
| 92. -Univ NM Univ Revs Sub Lien | | | | | | | | | |
| 93. -Univ N Mex Univ Revs Sub Lien | | | | | | | | | |
| 94. -Las Cruces N Mex St Shared Gross Rcpts Tax Rev | | | | | | | | | |
| 95. -NM St. Hosp. Equip. RV | | | | | | | | | |
| 96. -Farmington N Mex Pollutn Ctl Rev | | | | | | | | | |
| 97. -California St. Var Gen | | | | | | | | | |
| 98. -Central N Mex Cmnty College | | | | | | | | | |
| 99. -Central N Mex Cmnty College | | | | | | | | | |
| 100. -Albq. Berna. Cty. Wtr Util Auth. N Mex. 10/19/2011 | | | | | | | | | |
| 101. -Albq. Berna. Cty. Wtr Util Auth. N Mex. 10/24/2011 | | | | | | | | | |
| 102. -NM Fin Auth SR Lien Pub. PJ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Las Cruces N Mex Sch Dist No 002 | | | | | Buy (add'l) | 02/01/12 | K | | |
| 104.  -Carlsbad NM Gross Rcp TS 1/24/2012 | | | | | Buy | 01/24/12 | K | | |
| 105.  -Illinois St. 1/23/2012 | | | | | Buy | 01/23/12 | K | | |
| 106.  -NM Fin Auth SR Lien Pub. PJ 1/24/2012 | | | | | Buy | 01/24/12 | L | | |
| 107.  -NM Fin AU 06A 2/8/2012 | | | | | Buy | 02/08/12 | K | | |
| 108.  -Univ NM Univ 2/7/2013 | | | | | Buy | 02/07/12 | K | | |
| 109.  -NM Fin AU SR Lien Pub PJ 2/7/2012 | | | | | Buy | 02/07/12 | L | | |
| 110.  -Grants/Cibola Cnty NM 2/7/2012 | | | | | Buy | 02/07/12 | K | | |
| 111.  -New Mexico St Hosp Equip 2/2/2012 | | | | | Buy | 02/02/12 | M | | |
| 112.  -NM Fin AU SR Lien Pub RV 2/2/2012 | | | | | Buy | 02/02/12 | K | | |
| 113.  -Puerto Rico Comwlth 4/25/2012 | | | | | Buy | 04/25/12 | L | | |
| 114.  -NM Fin AU SR Lien Pub PJ 4/20/2012 | | | | | Buy | 04/20/12 | K | | |
| 115.  -Puerto Rico Elec PWR AU 6/29/2012 | | | | | Buy | 06/29/12 | K | | |
| 116.  -PR Elec PWR AU RF LIBOR 6/12/2012 | | | | | Buy | 06/12/12 | J | | |
| 117.  -Puerto Rico Commonwealth 5/30/2012 | | | | | Buy | 05/30/12 | J | | |
| 118.  -Puerto Rico Commonwealth PUB 8/31/2012 | | | | | Buy | 08/31/12 | K | | |
| 119.  -NM Hospital Equipment 9/1/2012 | | | | | Buy | 09/01/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -PR Elec Power AUT Power 12/20/2012 | | | | | Buy | 12/20/12 | J | | |
| 121. -TCF Financial Corporation 12/12/2012 | | | | | Buy | 12/12/12 | K | | |
| 122. -Puerto Rico COMWLTH 12/3/2012 | | | | | Buy | 12/03/12 | J | | |
| 123. -XCEL Energy Inc. 3/30/2012 | | | | | Buy | 03/30/12 | K | | |
| 124. -American Funds 3/30/2012 | | | | | Buy | 03/30/12 | K | | |
| 125. -NM ST HOSP Equip (dated 9/24/2009) 10/2/2012 | | | | | Buy | 10/02/12 | L | | |
| 126. - Puerto Rico ELEC PWR (dated 6/26/2008) 10/2/2012 | | | | | Buy | 10/02/12 | L | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 05/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 4 - Trust #1 -                          ssets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alan C. Torgerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544